

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Kasey Craig Melton,

Vs. No. 11-17-00011-CR

The State of Texas,

\* From the 132nd District Court
of Scurry County
Trial Court No. 9321.

\* March 8, 2018

\* Memorandum Opinion by Willson, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the assessments of $550 for attorney's fees and $3,750 for restitution. As modified, we affirm the judgment of the trial court.